# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00013-CV

**Carl Heidolph, Appellant**

**v.**

**Sandy Coach, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-FM-99-005016, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carl Heidolph has filed a motion to dismiss this appeal with prejudice.

Heidolph represents that the parties have settled all of the issues in this case. Appellee Sandy Coach

agrees to the motion. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: May 6, 2008